EXHIBIT C

*W. Barry Montgomery*

Please Reply: Central Virginia Office
Direct Dial: (804) 521-6453
E-mail: barry.montgomery@kpmlaw.com
Website: www.kpmlaw.com

KPM LAW
KALBAUGH PFUND & MESSERSMITH, P.C.

CENTRAL VIRGINIA
901 Moorefield Park Drive
Suite 200
Richmond, Virginia 23236
p 804.320.6300
f 804.320.6312

NORTHERN VIRGINIA
3950 University Drive
Suite 204
Fairfax, Virginia 22030
p 703.691.3331
f 703.691.3332

EASTERN VIRGINIA
555 East Main Street
Suite 1200
Norfolk, Virginia 23510
p 757.623.4500
f 757.623.5700

WESTERN VIRGINIA
2840 Electric Road
Suite 111
Roanoke, Virginia 24018
p 540.776.3583
f 540.776.1542

May 8, 2020

Hon George E. Schaefer, Clerk
Norfolk Circuit Court
150 St. Paul's Boulevard, 7th Floor
Norfolk, VA 23510-2773

RE: Christopher Wells v. Enterprise Leasing Co. of Norfolk/Richmond, LLC
Court File No.: (NEW FILING)

Dear Mr. Schafer:

I have enclosed an original plus one service copy of a Complaint to be filed and served in this matter. I have also enclosed the Civil Cover Sheet and a check for $316.00 to cover the filing and service fees. Please note that we do not request service on defendant Mann at this time. Thank you for your consideration in this matter.

Very truly yours,

W. Barry Montgomery

Enclosures
WBM/klj

Cc: Christopher Wells
(with enc.)

11 2020